# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| RANDALL TURNER,<br><br>    Plaintiff,<br><br>  v.<br><br>PORTLAND ADVENTIST MEDICAL CENTER, *et al.*,<br><br>    Defendants. | CV 16-00907 TJH (GJSx)<br><br>Order<br><br>JS-6 |

The Court has reviewed the complaint in this case. Plaintiff failed to sufficiently allege subject matter jurisdiction. Further, Plaintiff failed to establish that venue is proper in this District as Defendants' alleged actions took place in Oregon. Accordingly,

It is Ordered that the complaint be, and hereby is, Dismissed without prejudice.

Date: March 7, 2016

_____
Terry J. Hatter, Jr.
Senior United States District Judge